UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JENNY HWANG on behalf of himself
and all others similarly situated,

        Plaintiffs,

-against-

HARKLINIKKEN, LLC.

        Defendant.

Case No. 1:22-cv-2959

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
             November 21, 2023

Respectfully Submitted,

/s/ Mars Khaimov

By:  Mars Khaimov, Esq.
      100 Duffy Avenue, Suite 510
      Hicksville, New York 11801
      Tel (929) 324-0717
      Fax (929) 333-7774
      Email: mars@khaimovlaw.com
      *Attorney for Plaintiff*

**So Ordered.**

S/ Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 11/22/23